Paul O. **RICHTER, Daniel J. Ferguson,
and Elsie Elizabeth Scofield,
Plaintiffs-Appellants,**

v.

**UNITED STATES of America,
Defendant-Appellee.**

**No. 75–2651.**

United States Court of Appeals,
Ninth Circuit.

April 8, 1977.

Francis F. Yunker, W. A. Franklin, argued, Franklin, Bennett, Ofelt & Jolles, P. C., Portland, Or., Sidney I. Lezak, U. S. Atty., Charles H. Turner, Asst. U. S. Atty., Portland, Or., for plaintiffs-appellants.

J. Charles Kruse, Civ. Div., U. S. Dept. of Justice, Washington, D. C., Wm. B. Borgeson, Portland, Or., Craig J. Casey, argued, for defendant-appellee.

Before KOELSCH, DUNIWAY and GOODWIN, Circuit Judges.

PER CURIAM:

The district court dismissed plaintiffs' action under the Federal Torts Claim Act, 28 U.S.C. § 1346(b) (1970), on the ground that it was barred by the two-year statute of limitations. 28 U.S.C. § 2401(b) (1970). They appeal. The facts which are alleged present a striking parallel to those found in *Hammond v. United States,* E.D.N.Y., 1975, 388 F.Supp. 928. We are not bound by that decision, but we are convinced that Judge Platt's careful opinion in that case is correct and we affirm on the basis of his reasoning. *See also, Brown v. United States,* 9 Cir., 1965, 353 F.2d 578.

Affirmed.